SEALY *against* SHATTUCK.(*b*)

Where a rule for a joinder in error, to a *certiorari* is obtained, the party must apply at the next term, for the effect of his rule ; if a term intervenes, he will be presumed to have waived the rule.

IN error, on *certiorari*, from a justice's court.

A rule was long since obtained, by the plaintiff in error, that the defendant join in error in twenty days after service of notice of the rule, or that the plaintiff be heard, *ex parte.* The notice of the rule was served in July, 1798, and the defendant had not joined in error.

(*a*) See *Franklin* v. *The United Insurance Co.*, *supra*, p. 68, n. *b.* *Murray* v. *Kirkpatrick*, 1 Cowen, 210.

(*b*) S. C., C. C. 126.

Rush v. Cobbet.

*Emott* now moved for a reversal of the judgment [*70] below.

*Per Curiam.* The plaintiff ought to have applied for the effect of his rule, at the next term, after notice of it was proved. Having slept so long, he must be presumed to have waived it. The motion must be denied.

Motion denied.(*a*)

___

### Rush *against* Cobbet.

*Riker*, contra.

(*a*) See n. *b*. to *Sheldon* v. *McEvers, sup.* vol. 1, p. 69. *Oppie* v. *Colgrove,* 19 Johns. R. 124. *Burr* v. *Waterman,* 18 id. 508. 2 Grah. Prac. 2d ed. 955.